UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>SANTORO, et al.,<br><br>        Defendants. | 1:21-cv-01539-GSA-PC<br><br>**ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE**<br>**(ECF No. 1.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS** |

     Rudolph Ellis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 6, 2021. (Doc. 1.) The Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

     Accordingly, IT IS HEREBY ORDERED that:

    1.     Plaintiff's Complaint, filed on October 6, 2021, is STRICKEN from the record for lack of signature;

    2.     The Clerk's Office shall send Plaintiff a § 1983 form complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a First Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated:  **October 22, 2021**                             **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE