# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS, | 1:21-cv-01539-GSA-PC |
| Plaintiff, | **ORDER RE PLAINTIFF'S NOTICE** |
| vs. | **(ECF No. 13.)** |
| SANTORO, et al., | |
| Defendants. | |

Rudolph Ellis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 6, 2021.  (Doc. 1.)  On November 22, 2021, Plaintiff filed the First Amended Complaint, which awaits the court's screening.  (ECF No. 12.)

On December 1, 2021, Plaintiff filed the same notice in two different cases:  this case and his other case 1:20-cv-0134-DAD (EPG); Ellis v. Diaz, notifying the court that filing fee payments for his other case have been fulfilled but the prison continues to charge his trust account for filing fees in that case. Plaintiff submitted a copy of his prison trust account statement as evidence showing transactions from August 2, 2021 to November 2, 2021.

Plaintiff does not assert, nor is there any evidence, that any filing fee payments for the present case were improperly made.  Therefore, Plaintiff's issue with his filing fees shall not be addressed in this case.

IT IS SO ORDERED.

Dated:   **December 2, 2021**          **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE