# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS,<br><br>             Plaintiff,<br><br>     v.<br><br>SANTORO, *et al.*,<br><br>             Defendants. | Case No.  1:21-cv-01539-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(ECF No. 25) |

Plaintiff Rudolph Ellis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 9, 2025, the Court screened the first amended complaint and directed Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed on the cognizable claims identified by the Court within thirty days.  (ECF No. 18.)  Following two extensions of time, Plaintiff's amended complaint or notice of his willingness to proceed on the cognizable claims was due on or before January 19, 2026.  (ECF Nos. 20, 23.)  Plaintiff failed to respond.  Accordingly, on January 27, 2026, the Court issued findings and recommendations to dismiss this action, without prejudice, for failure to obey a court order and for failure to prosecute.  (ECF No. 25.)  Plaintiff was directed to file any objections to the findings and recommendations within fourteen (14) days.  (*Id.*)

1

On February 12, 2026, Plaintiff filed objections to the findings and recommendations. (ECF No. 26.)  Plaintiff states that there has been a "misunderstanding" regarding the complaint that he was directed to amend.  He indicates that in response to the Court's order to either file a second amended complaint or notify the Court of his willingness to proceed on the cognizable claims, he filed his second amended complaint on January 14, 2026.  (*Id.*)  However, Plaintiff omitted "Second Amended Complaint" from the caption and the Court instead opened a new action, Case No. 1:26-cv-00424-SKO (PC).  Plaintiff asks the Court to "look at the amended complaint and the complaint plaintiff was ordered to amend to verify that he did in fact comply with the courts directive."  (*Id.* at 2.)

On February 12, 2026, Plaintiff also filed a request in Case No. 1:26-cv-00424-SKO (PC) asking that the case be reassigned due to the misunderstanding.  (*See Ellis v. Gutierrez*, Case No. 1:26-cv-00424-SKO, ECF No. 4.)  Following a review of the docket in the instant case, the Court directed the Clerk of the Court to file the complaint in Case No. 1:26-cv-00424-SKO (PC) as the second amended complaint in this action.  (*See id.* ECF No. 5.)  The Court also directed that Case No. 1:26-cv-00424-SKO (PC) be administratively closed.  (*Id.*)

On February 13, 2026, the Clerk of the Court docketed the second amended complaint, dated January 20, 2026, in the instant action.  (ECF No. 27.)

 In light of the filing of Plaintiff's second amended complaint and explanation for the delay, the Court finds it appropriate to vacate the pending findings and recommendations.

Accordingly, the findings and recommendations issued on January 27, 2026, (ECF No. 25), are HEREBY VACATED.  Plaintiff's second amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:    **February 21, 2026**          /s/ *Barbara A. McAuliffe*          
                                              UNITED STATES MAGISTRATE JUDGE