**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RUDOLPH ELLIS,

                    Plaintiff,

            v.

K. SANTORO, *et al.*,

                    Defendants.

No.  1:21-cv-01539 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS

(Doc. 29)

Rudolph Ellis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 27, 2026, the magistrate judge issued findings and recommendations that this action proceed on Plaintiff's second amended complaint, filed January 20, 2026, for Eighth Amendment violations as follows: (1) for excessive force against J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for the force used outside the shower, after Plaintiff was pepper sprayed, (2) for excessive force against A. Flores for kicking Plaintiff in the scrotum, (3) for deliberate indifference to medical care for failure to decontaminate and assist Plaintiff after the alleged beating outside of the shower, against J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez, and that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted.  (Doc. 29.)  The Court served the findings and recommendations on

1

Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 27, 2026, (Doc. 29), are **ADOPTED**.

2. This action **SHALL PROCEED** on Plaintiff's second amended complaint against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for excessive force in violation of the Eighth Amendment for the force used outside the shower, after Plaintiff was pepper sprayed; against Defendant A. Flores for excessive force in violation of the Eighth Amendment for kicking Plaintiff in the scrotum; and against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for deliberate indifference to medical care in violation of the Eighth Amendment for failure to decontaminate and assist Plaintiff after the alleged beating outside of the shower.

3. All other claims and defendants are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4. The action is referred to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

UNITED STATES DISTRICT JUDGE

2