# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. SANTORO, *et al.*,<br><br>　　　　Defendants. | Case No.  1:21-cv-01539-JLT-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANT JOHN DOE FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff Rudolph Ellis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 29, 2026, the Court ordered that this action proceed on Plaintiff's second amended complaint against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for excessive force in violation of the Eighth Amendment for the force used outside the shower, after Plaintiff was pepper sprayed; against Defendant A. Flores for excessive force in violation of the Eighth Amendment for kicking Plaintiff in the scrotum; and against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for deliberate indifference to medical care in violation of the Eighth Amendment for failure to decontaminate and assist Plaintiff after the alleged beating outside of the shower.  (ECF No. 30.)  By separate order, the Court has directed service of the complaint on Defendants J. Rivera, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez,

1

and J. Jimenez.

At this time, the Court does not find service appropriate for Defendant John Doe because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendant John Doe, Plaintiff will be required to identify him with enough information to locate the defendant for service of process. Once Plaintiff identifies Defendant John Doe for service, he should file a motion to substitute the identity of Defendant John Doe in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendant John Doe. However, if Plaintiff fails to identify Defendant John Doe, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendant John Doe that provides the Court with enough information to locate him for service of process; and

2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:    **June 1, 2026**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2