# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RUDOLPH ELLIS,

Plaintiff,

v.

SANTORO, *et al.*,

Defendants.

Case No. 1:21-cv-01539-JLT-BAM (PC)

ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITY OF DEFENDANT JOHN DOE IN THE COMPLAINT

(ECF No. 39)

ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT SUBSTITUTING D. VAZQUEZ FOR DEFENDANT JOHN DOE

**THIRTY (30) DAY DEADLINE**

Plaintiff Rudolph Ellis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for excessive force in violation of the Eighth Amendment for the force used outside the shower, after Plaintiff was pepper sprayed; against Defendant A. Flores for excessive force in violation of the Eighth Amendment for kicking Plaintiff in the scrotum; and against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for deliberate indifference to medical care in violation of the Eighth Amendment for failure to decontaminate and assist Plaintiff after the alleged beating outside of

the shower.

On June 1, 2026, the Court directed Plaintiff to file a motion to substitute the identity of Defendant John Doe that provides the Court with enough information to locate him for service of process. (ECF No. 31.)

On July 27, 2026, Plaintiff filed a notice identifying Defendant John Doe. (ECF No. 39.) Plaintiff indicates that Defendant John Doe is D. Vazquez. Plaintiff requests that Defendant D. Vazquez' name be added to all claims in which defendants were involved in the use of force and medical deliberate indifference. Plaintiff includes a proposed cause of action. (*Id.*) The Court construes the notice as a motion to substitute the name of D. Vazquez.

Plaintiff's motion to substitute is granted. Plaintiff is directed to file a third amended complaint substituting the name of D. Vazquez for any reference to Defendant John Doe. To assist Plaintiff, the Court will direct the Clerk of Court to send Plaintiff a copy of the operative complaint in this action. <u>Plaintiff should not change any other allegations in the complaint besides the name of Defendant D. Vazquez</u>.[1] Once the Court has received the third amended complaint that substitutes D. Vazquez, then the Court will order service of the amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to substitute, (ECF No. 39), is GRANTED, as discussed above;
2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the second amended complaint (ECF No. 27);
3. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a third amended complaint substituting the name of D. Vazquez for any reference to Defendant John Doe. Plaintiff should not change any other allegations in the complaint.

///

///

[1] Plaintiff may not add new claims to the action at this time. Any request to do so must be filed as a motion to amend the complaint.

4. **Plaintiff's failure to comply with this order will result in dismissal of any unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE