# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RUDOLPH ELLIS,

Plaintiff,

v.

SANTORO, *et al.*,

Defendants.

Case No. 1:21-cv-01539-JLT-BAM (PC)

ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(ECF No. 41)

**Response to Complaint Due: November 10, 2026**

Plaintiff Rudolph Ellis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for excessive force in violation of the Eighth Amendment for the force used outside the shower, after Plaintiff was pepper sprayed; against Defendant A. Flores for excessive force in violation of the Eighth Amendment for kicking Plaintiff in the scrotum; and against Defendants J. Rivera, John Doe, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez for deliberate indifference to medical care in violation of the Eighth Amendment for failure to decontaminate and assist Plaintiff after the alleged beating outside of the shower.

Pursuant to the Court's June 1, 2026 order finding service of the complaint appropriate

and directing electronic service, Defendants J. Rivera, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez's answers or other responsive pleadings are due on or before August 10, 2026. (*See* ECF Nos. 32, 36.)

On July 29, 2026, the Court granted Plaintiff's motion to substitute the identity of Defendant John Doe and to file a third amended complaint substituting Defendant D. Vazquez for Defendant John Doe within 30 days. (ECF No. 40.) Pursuant to that order, Plaintiff's third amended complaint is due on or before August 31, 2026. Once the Court receives the third amended complaint, it will then order service on Defendant Vazquez.

Currently before the Court is Defendants J. Rivera, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez's motion for administrative relief seeking an extension of time to file a responsive pleading, filed August 7, 2026. (ECF No. 41.) Plaintiff has not had the opportunity to respond to the motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

In support of the motion, counsel for Defendants declares that the requested extension will provide time for Plaintiff to file his amended complaint, the Court to order service for Defendant Vazquez, CDCR to locate and obtain required requests for the Attorney General's Office to represent Defendant Vazquez, and counsel to complete all related investigation and file an appropriate responsive pleading. (ECF No. 41 at 3.) Counsel indicates that due to the length of Plaintiff's currently operative pleading and Plaintiff's imminent amendment, both state and judicial resources can be preserved by permitting Defendants until November 10, 2026, to respond to Plaintiff's anticipated third amended complaint, rather than having Defendants respond to the second amended complaint and the anticipated third amended complaint. (*Id.*)

Having considered the motion, the Court finds good cause to grant the requested extension of time. Fed. R. Civ. P. 6(b). The Court further finds that Plaintiff will not be prejudiced by the extension.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion for administrative relief re: extension of time to file responsive pleading, (ECF No. 41), is GRANTED; and

2. Defendants J. Rivera, A. Urquieta, L. Garnica, J. Ochoa, A. Flores, B. Gutierrez, and J. Jimenez shall file and serve their responsive pleading or on before **November 10, 2026**.

IT IS SO ORDERED.

Dated: **August 11, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE